JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL GASUMYAN, an individual and Goldstar Bakery, a dba,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Corporation, AND DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:16-cv-08197-AB-GJS<br><br>HON. ANDRE BIROTTE, JR.<br><br>[~~PROPOSED~~]<br><br>JUDGMENT IN FAVOR OF DEFENDANT TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |

JUDGMENT

Judgment is hereby entered in favor of defendant Travelers Casualty Insurance Company of America on all claims for relief. Plaintiff Emil Gasumyan shall recover nothing by way of his complaint. This action was decided by the Court on a motion for summary judgment.

Dated: December 19, 2017

_____
Hon. André Birotte Jr.
United States District Judge